UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-226 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **UNOPPOSED MOTION TO** |
| v. | ) **EXTEND DISCLOSURE OF** |
| | ) **EXHIBITS, EXHIBIT LISTS, and** |
| 5. FARHIYA MOHAMUD and | ) **WITNESS LISTS** |
| 6. KAWSAR JAMA, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Matthew Ebert, Assistant United States Attorney, submits the following unopposed motion to extend by one week the parties' respective deadlines to disclose exhibits, exhibit lists, and witness lists.

Trial against defendants Farhiya Mohamud and Kawsar Jama is currently scheduled to begin on November 4, 2024. Pursuant to the Court's trial scheduling order, the government is required to disclose by September 23, 2024, (and the defendants are required to disclose by September 30, 2024), exhibits, exhibit lists, and witness lists.

The parties continue to develop their respective materials in preparation for trial. However, within the last three days, the evidentiary landscape of the trial has now changed substantially in light of the guilty pleas of three other co-defendants. As a result, in order to enable the parties sufficient time to modify (and reduce) their

trial materials in a most efficient manner, the government moves the Court for an additional week for the government and the defense to produce their respective exhibits, exhibit lists, and witness lists (i.e., extended to September 30 for the government and extended to October 7 for defendants Farhiya Mohamud and Kawsar Jama). Counsel for the government has conferred with counsel for defendants Farhiya Mohamud and Kawsar Jama, both of whom have confirmed they do not oppose this motion.

    For all of these reasons, the government respectfully requests that the Court extend the due dates as requested in this unopposed motion.

Dated:  September 20, 2024                      Respectfully Submitted,

                                      ANDREW M. LUGER
                                      United States Attorney

                                        /s/ *Matthew S Ebert*
                              BY:  Assistant U.S. Attorney